**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEANES HOSPITAL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION** |
| | ) | **NO. 04-cv-0395** |
| **v.** | ) | |
| | ) | |
| **KATHLEEN SEBELIUS,** *Secretary of Health* | ) | |
| *and Human Services*, | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

    **AND NOW**, this 28th day of September, 2010, upon review and consideration of Plaintiff's Motion for Summary Judgment [docket entry No. 61]; Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion [docket entry Nos. 67 and 68]; Plaintiff's Response to Defendant's Cross Motion [docket entry No. 69], Defendant's Reply to Plaintiff's Response [docket entry No. 72]; Defendant's Notice of Supplemental Authority [docket entry No. 73]; Plaintiff's Response to Defendant's Notice of Supplemental Authority [docket entry No. 77], as well as the Administrative Record established below, and for the reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that:

    1.    Plaintiff's Motion for Summary Judgment is **DENIED**;

    2.    Defendant's Cross-Motion for Summary Judgment is **GRANTED**;

    3.    The decision of the Administrator of the Centers for Medicare & Medicaid Services in the matter of Jeanes Hospital v. Wisconsin Physicians Service (formerly Mutual of Omaha Insurance Company)(Review of PRRB Decision No. 2009-D23), dated July 24, 2009, is hereby **AFFIRMED**.

The Clerk of Court is **DIRECTED** to mark this case **CLOSED.**

It is so **ORDERED**.

BY THE COURT:

**/s/ Cynthia M. Rufe**

_____

**CYNTHIA M. RUFE, J.**